PROB 12A
(SDIA 05/23)

# UNITED STATES DISTRICT COURT
## FOR THE
# SOUTHERN DISTRICT OF IOWA

### Report on Offender Under Supervision

**Name of Offender:** Jacob Benjamin Estey  **Case Number:** 4:07-cr-00180-001

**Name of Sentencing Judicial Officer:** James E. Gritzner, Senior U.S. District Judge (retired)
Rebecca Goodgame Ebinger, U.S. District Judge (current)

**Date of Original Sentence:** April 14, 2009

**Original Offense:** 18 U.S.C. § 2252(a)(2) – Receipt of Visual Depictions of Minors Engaged in Sexually Explicit Conduct (Count one)
18 U.S.C. § 2252(a)(4)(B) – Possession of Visual Depictions of Minors Engaged in Sexually Explicit Conduct (Count two)

**Original Sentence:** 210 months imprisonment; 120 months supervised release

**Date Current Supervision Commenced:** October 30, 2023

**All Prior Reports & Actions:** None

### PETITIONING THE COURT

The probation officer believes that the offender has violated one or more conditions of supervision, as outlined below:

**Violations**

1. Use of a Controlled Substance – Marijuana

Nature of Noncompliance

On July 1, 2024, Mr. Estey reported to the probation office for an office contact. During the contact, Mr. Estey admitted to using marijuana a couple of weeks ago. Subsequently, Mr. Estey provided a drug screen that tested presumptive positive for marijuana and methamphetamine. Mr. Estey denied any methamphetamine use. The specimen was sent to Alere Laboratories for confirmation; however, on July 5, 2024, the lab indicated it could not test Mr. Estey's drug screen due to leakage.

**U.S. Probation Officer Action:**

Mr. Estey was admonished for his decision to use marijuana, but was commended for his honesty about his use. Mr. Estey reported using marijuana to deal with the stress of losing his job. Mr. Estey will continue to provide random drug screens during office and home contacts. Additionally, Mr. Estey will address his use in his sex offender treatment program.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 8, 2024

by: s/ *Eric R. Hermes*
Eric R. Hermes
Senior U.S. Probation Officer

**The Probation Office recommends that no further action be taken at this time.**

---

The United States Attorney's Office:

☒ Does not object to the proposed action.

☐ Objects but does not request a formal hearing be set.

☐ Objects and will petition the Court requesting that a formal hearing be set.

Laura M. Roan
Assistant United States Attorney

[signature]
Signature

---

THE COURT ORDERS:

*No response or signature is necessary unless the Court directs that additional action be taken as follows:*

☐ Submit a request for modification of the condition or term of supervision.

☐ Submit a request for warrant or summons. be set.

☐ Other: _____

_____
Signature of Judicial Officer

_____
Date