PROB 12C
(SDIA 05/23)

# UNITED STATES DISTRICT COURT
## FOR THE
# SOUTHERN DISTRICT OF IOWA

## Petition for Warrant or Summons for Offender Under Supervision

---

**Name of Offender:** Jacob Benjamin Estey  **Case Number:** 4:07-cr-00180-001

**Name of Sentencing Judicial Officer:** James E. Gritzner, Senior U.S. District Judge (retired)
Rebecca Goodgame Ebinger, U.S. District Judge (current)

**Date of Original Sentence:** April 14, 2009

**Original Offense:** 18 U.S.C. § 2252(a)(2) – Receipt of Visual Depictions of Minors Engaged in Sexually Explicit Conduct (Count one)
18 U.S.C. § 2252(a)(4)(B) – Possession of Visual Depictions of Minors Engaged in Sexually Explicit Conduct (Count two)

**Original Sentence** 210 months imprisonment; 120 months supervised release

**Date Current Supervision Commenced:** October 30, 2023

**All Prior Reports & Actions:** July 8, 2024 – Information only
July 12, 2024 – Information only
August 2, 2024 – Modified

---

## PETITIONING THE COURT

☒  To issue a warrant.

☐  To issue a summons.

The probation officer believes that the offender has violated one or more conditions of supervision, as outlined below:

**Violations**

1. Use of a Controlled Substance – Methamphetamine

Nature of Noncompliance

On August 8, 2024, Mr. Estey reported to the probation office for an office contact.  During the office contact, Mr. Estey provided a drug screen that tested presumptive positive for marijuana, amphetamine, and methamphetamine.  Mr. Estey denied any use of illegal substances since his last positive drug screen on July 31, 2024 (CM/ECF #143).  The specimen was sent to Alere Laboratories for confirmation.  On August 14, 2024, Alere Laboratories confirmed the specimen positive for marijuana.  The probation office will be submitting an interpretation request to Alere Laboratories to determine whether this is new marijuana use.  Further, on August 16, 2024, Alere Laboratories confirmed the specimen positive for methamphetamine.  This is Mr. Estey's fourth positive drug screen within 12 months.

U.S. Probation Officer Recommendation:

The term of supervision should be

- ☒ revoked.
- ☐ extended for … years, for a total term of … years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 16, 2024

by: /s/ Eric R. Hermes  
Eric R. Hermes  
Senior U.S. Probation Officer

---

The United States Attorney's Office:

- ☒ Does not object to the proposed action.
- ☐ Objects but does not request a formal hearing be set.
- ☐ Objects and will petition the Court requesting that a formal hearing be set.

Mikaela J. Shotwell  
Assistant United States Attorney

[signature]  
Signature

---

THE COURT ORDERS:

- ☐ No action.
- ☒ The issuance of a warrant.
- ☐ The issuance of a summons so a hearing can be held on _____ at _____.

[signature]  
Signature of Judicial Officer

August 19, 2024  
Date